IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EYPHRA RANSOM, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-22-2355 |
| ALEJANDRO MAYORKAS, et al., | * | |
| Defendants. | * | |

\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of February, 2024, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendants' Motion to Dismiss (ECF No. 26) is GRANTED;

IT IS FURTHER ORDERED that the Plaintiff's Motion to Amend Pleading (ECF No. 34) is DENIED;

IT IS FURTHER ORDERED that the Complaint is DISMISSED;

IT IS FURTHER ORDERED that Clerk shall CLOSE this case;

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order and the Memorandum Opinion to the Plaintiff.

/s/
George L. Russell, III
United States District Judge